# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162681(40)

FEDERAL HOME LOAN MORTGAGE
CORPORATION,
        Plaintiff/Counterdefendant-
        Appellee,

v

        SC: 162681
        COA: 350981
        Allegan CC: 18-060665-CH

LESA WERME, also known as LESA J.
WERME,
        Defendant/Counterplaintiff-
        Appellant.
_____/

On order of the Chief Justice, the motion of appellant to file a corrected application for leave to appeal is GRANTED. The corrected application submitted on March 18, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2021



Clerk